HAWKINS, PRATA & DALEY LLP
Roger E. Hawkins (State Bar No. 45315)
Todd A. Daley (State Bar No. 168742)
707 Wilshire Boulevard
Suite 1825
Los Angeles, California 90017
Telephone: (213) 622-5600
Facsimile: (213) 622-5623

Attorneys for Plaintiffs RICHARD BARTLETT
and MARLENE BARTLETT

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD BARTLETT and MARLENE BARTLETT,<br><br>Plaintiffs,<br><br>vs.<br><br>DOUGLAS K. SMITH MARINE INSURANCE SERVICES, INC.; THE GREAT LAKES REINSURANCE COMPANY, and DOES 1 through 30,<br><br>Defendants. | Case No.: 08 CV 0377 JAH CAB<br><br>PLAINTIFFS' NOTICE OF MOTION AND MOTION TO REMAND PURSUANT TO 28 U.S.C. § 1441(b)<br><br>[Oral Argument Not Required]<br><br>[Filed Concurrently With Separate Memorandum Of Points And Authorities Pursuant To USDC SD Local Rule 7.1(f)(1)]<br><br>DATE: April 21, 2008<br>TIME: 2:30 p.m.<br>CTRM: 11 |

TO THE HONORABLE COURT AND TO ALL PARTIES

PLEASE TAKE NOTICE that on April 21, 2008 @ 2:30 p.m. or as soon thereafter as may be heard in Courtroom 11 of the above entitled court, located at 940 Front Street, San Diego, California 92101, plaintiffs Richard and Marlene Bartlett (collectively the "Bartletts") will move this Court for an Order remanding the matter back to State Court.

This motion is brought on the grounds that defendant Great Lakes Reinsurance (UK) PLC ("Great Lakes") removed this matter to federal court after service had already been effected upon local defendant, Douglas K. Smith Marine Insurance Services, Inc. ("Smith

1

08 CV 0377 JAH CAB

Marine"), thereby violating the forum defendant rule set forth in 28 U.S.C. § 1441(b). The "forum defendant" or "no local defendant" rule prohibits removal where there is diversity but one of the defendants is a citizen of the state in which the action is brought. See 28 U.S.C. § 1441(b). Plaintiffs timely bring the instant motion to remand within thirty (30) days from the filing of the Notice of Removal (2-28-08) as required for a challenge brought under a procedural, non-jurisdictional rule. *Lively v. Wild Oats Mkts., Inc.*, 456 F.3d 933, 939 (9th Cir. 2006).

This motion will be based upon this Notice of Motion and Motion, the separately and concurrently filed Memorandum of Points and Authorities In Support of Plaintiffs' Motion to Remand, the Declaration of Todd A. Daley, the Court's file, and upon such further oral or documentary evidence as may be presented at the hearing of this matter.

DATED: March 4, 2008

HAWKINS, PRATA & DALEY LLP

By _____
Todd A. Daley
Attorneys for Plaintiffs, RICHARD BARTLETT and MARLENE BARTLETT

HAWKINS, PRATA & DALEY LLP
707 WILSHIRE BOULEVARD, SUITE 1825
LOS ANGELES, CALIFORNIA 90017
(213) 622-5600   FAX: (213) 622-5623

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the **PLAINTIFFS' NOTICE OF MOTION AND MOTION TO REMAND PURSUANT TO 28 U.S.C. § 1441 (b)** has been served upon counsel of record on March 4, 2008 as follows:

Russell P. Brown, Esq.
Geroge P. Soares, Esq.
Gordon & Rees LLP
101 W. Broadway, Suite 2000
San Diego, California 92101
(619) 696-6700
FAX: (619) 696-7124

Attorneys for Defendant
GREAT LAKES REINSURANCE (UK) PLC

Via:
___ Mail
___ Hand Delivery
___ Facsimile
_X_ Court's ECF System
___ E-Mail

_____
Todd A. Daley

HAWKINS, PRATA & DALEY LLP
707 WILSHIRE BOULEVARD, SUITE 1825
LOS ANGELES, CALIFORNIA 90017
(213) 622-5600   FAX: (213) 622-5623

08 CV 0377 JAH CAB