```
RUSSELL P. BROWN (SBN: 84505)
GEORGE P. SOARES (SBN: 213996)
GORDON & REES LLP
101 West Broadway, Suite 1600
San Diego, CA 92101
Telephone: (619) 696-6700
Facsimile: (619) 696-7124

Attorneys For Defendant
GREAT LAKES REINSURANCE (UK) PLC
erroneously sued as THE GREAT LAKES
REINSURANCE COMPANY
```

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD BARTLETT and MARLENE BARTLETT,<br><br>Plaintiffs,<br><br>vs.<br><br>DOUGLAS K. SMITH MARINE INSURNCE SERVICES, INC.; THE GREAT LAKES REINSURNCE COMPANY, and DOES 1 through 30,<br><br>Defendants. | CASE NO. 08 CV 0377 JAH CAB<br><br>**REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF DEFENDANT GREAT LAKES REINSURANCE (UK) PLC'S OPPOSITION TO PLAINTIFFS' MOTION TO REMAND**<br><br>Date:  April 21, 2008<br>Time:  2:30 p.m.<br>Dept:  11 |

GREAT LAKES REINSURANCE (UK) PLC hereby requests the Court take judicial notice pursuant to Federal Rule of Evidence 201 of the following documents:

Exhibit A:  Summons to Douglas K. Smith Marine Insurance, Inc. dated November 16, 2007; and

Exhibit B:  Proof of Service of Summons and Complaint dated February 15, 2008.

Dated: April 7, 2008

GORDON & REES LLP

By: _____
George P. Soares
Attorneys for Defendant GREAT LAKES REINSURANCE (UK) PLC

- 1 -

REQUEST FOR JUDICIAL NOTICE                                    Case No. 08 CV 0377 JAH CAB

# Exhibit "A"

# SUMMONS
## (CITACION JUDICIAL)

SUM-100

**NOTICE TO DEFENDANT:**
*(AVISO AL DEMANDADO):*
DOUGLAS K. SMITH MARINE INSURANCE SERVICES, INC.; THE GREAT LAKES REINSURANCE COMPANY, and DOES 1 through 30,

**YOU ARE BEING SUED BY PLAINTIFF:**
*(LO ESTÁ DEMANDANDO EL DEMANDANTE):*
RICHARD BARTLETT and MARLENE BARTLETT,

FOR COURT USE ONLY
*(SOLO PARA USO DE LA CORTE)*
CIVIL BUSINESS OFFICE 9
CENTRAL DIVISION

2007 NOV 19 A 11: 45

CLERK-SUPERIOR COURT
SAN DIEGO COUNTY, CA

---

You have 30 CALENDAR DAYS after this summons and legal papers are served on you to file a written response at this court and have a copy served on the plaintiff. A letter or phone call will not protect you. Your written response must be in proper legal form if you want the court to hear your case. There may be a court form that you can use for your response. You can find these court forms and more information at the California Courts Online Self-Help Center (www.courtinfo.ca.gov/selfhelp), your county law library, or the courthouse nearest you. If you cannot pay the filing fee, ask the court clerk for a fee waiver form. If you do not file your response on time, you may lose the case by default, and your wages, money, and property may be taken without further warning from the court.

There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may want to call an attorney referral service. If you cannot afford an attorney, you may be eligible for free legal services from a nonprofit legal services program. You can locate these nonprofit groups at the California Legal Services Web site (www.lawhelpcalifornia.org), the California Courts Online Self-Help Center (www.courtinfo.ca.gov/selfhelp), or by contacting your local court or county bar association.

*Tiene 30 DÍAS DE CALENDARIO después de que le entreguen esta citación y papeles legales para presentar una respuesta por escrito en esta corte y hacer que se entregue una copia al demandante. Una carta o una llamada telefónica no lo protegen. Su respuesta por escrito tiene que estar en formato legal correcto si desea que procesen su caso en la corte. Es posible que haya un formulario que usted pueda usar para su respuesta. Puede encontrar estos formularios de la corte y más información en el Centro de Ayuda de las Cortes de California (www.courtinfo.ca.gov/selfhelp/espanol/), en la biblioteca de leyes de su condado o en la corte que le quede más cerca. Si no puede pagar la cuota de presentación, pida al secretario de la corte que le dé un formulario de exención de pago de cuotas. Si no presenta su respuesta a tiempo, puede perder el caso por incumplimiento y la corte le podrá quitar su sueldo, dinero y bienes sin más advertencia.*

*Hay otros requisitos legales. Es recomendable que llame a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a un servicio de remisión a abogados. Si no puede pagar a un abogado, es posible que cumpla con los requisitos para obtener servicios legales gratuitos de un programa de servicios legales sin fines de lucro. Puede encontrar estos grupos sin fines de lucro en el sitio web de California Legal Services, (www.lawhelpcalifornia.org), en el Centro de Ayuda de las Cortes de California, (www.courtinfo.ca.gov/selfhelp/espanol/) o poniéndose en contacto con la corte o el colegio de abogados locales.*

---

The name and address of the court is:
*(El nombre y dirección de la corte es):*
SUPERIOR COURT OF CALIFORNIA, COUNTY OF SAN DIEGO
220 West Broadway
San Diego, CA 92101
Central Division

CASE NUMBER:
*(Número del Caso):* 37-2007-00082030-CU-IC-CTL

The name, address, and telephone number of plaintiff's attorney, or plaintiff without an attorney, is:
*(El nombre, la dirección y el número de teléfono del abogado del demandante, o del demandante que no tiene abogado, es):*
Roger E. Hawkins (Bar No. 45315)    (213) 622-5600   (213) 622-5623
HAWKINS, PRATA & DALEY LLP
707 Wilshire Boulevard, Suite 1825
Los Angeles, California 90017

DATE: NOV 16 2007         Clerk, by  D. JOHNSON  , Deputy
*(Fecha)*                 *(Secretario)*          *(Adjunto)*

(For proof of service of this summons, use Proof of Service of Summons (form POS-010).)
*(Para prueba de entrega de esta citación use el formulario Proof of Service of Summons, (POS-010)).*

[SEAL]

**NOTICE TO THE PERSON SERVED:** You are served
1. ☐ as an individual defendant.
2. ☐ as the person sued under the fictitious name of *(specify):*

3. ☐ on behalf of *(specify):*

   under: ☐ CCP 416.10 (corporation)          ☐ CCP 416.60 (minor)
          ☐ CCP 416.20 (defunct corporation)  ☐ CCP 416.70 (conservatee)
          ☐ CCP 416.40 (association or partnership)  ☐ CCP 416.90 (authorized person)
          ☐ other *(specify):*
4. ☐ by personal delivery on *(date):*

Page 1 of 1

Form Adopted for Mandatory Use
Judicial Council of California
SUM-100 [Rev. January 1, 2004]

**SUMMONS**

Legal Solutions Plus

Code of Civil Procedure §§ 412.20, 465

**Exhibit "B"**

| Attorney or Party without Attorney: ROGER E. HAWKINS, Bar #45315<br>HAWKINS, PRATA & DALEY LLP<br>707 WILSHIRE BOULEVARD<br>SUITE 1825<br>LOS ANGELES, CA 90017<br>Telephone No: 213-662-5600   FAX No: 213-662-5623 | For Court Use Only<br>FILED<br>CIVIL BUSINESS OFFICE 19<br>CENTRAL DIVISION<br>08 FEB 19 AM 11: 30  FEB 19 '08 AM<br>CLERK-SUPERIOR COURT<br>SAN DIEGO COUNTY, CA |
|---|---|
| Ref. No. or File No.: | |
| Attorney for: Plaintiff | |
| Insert name of Court, and Judicial District and Branch Court: SAN DIEGO COUNTY SUPERIOR COURT - CENTRAL COURT | |
| Plaintiff: RICHARD BARTLETT, ET AL. | |
| Defendant: DOUGLAS K. SMITH MARINE INSURANCE SERVICES, INC., ET AL. | |

| PROOF OF SERVICE SUMMONS & COMPLAINT | Hearing Date: | Time: | Dept/Div: | Case Number: 37-2007-00082030-CU-IC-CTL |
|---|---|---|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the SUMMONS; COMPLAINT; CIVIL CASE COVER SHEET; NOTICE OF CASE ASSIGNMENT ; NOTICE TO LITIGANTS/ADR INFORMATION PACKAGE .

3. a. Party served:           DOUGLAS K. SMITH MARINE INSURANCE SERVICES, INC.
   b. Person served:          BETH CHAVET, PRESIDENT. AGENT AUTHORIZED TO ACCEPT SERVICE.

4. Address where the party was served:   1110 SCOTT STREET
                                          SAN DIEGO, CA 92106

5. I served the party:
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on: Tue., Feb. 12, 2008 (2) at: 2:30PM

6. The "Notice to the Person Served" (on the Summons) was completed as follows:
   on behalf of: DOUGLAS K. SMITH MARINE INSURANCE SERVICES, INC.
   Under CCP 416.10 (corporation)

7. *Person Who Served Papers:*
   a. JONAS WILLIAMS

   First Legal Support Services
   ATTORNEY SERVICES
   1111 6TH AVENUE, SUITE 204
   San Diego, CA 92101
   (619) 231-9111, FAX (619) 231-1361

   Recoverable Cost Per CCP 1033.5(a)(4)(B)
   d. *The Fee for Service was:*
   e. I am: (3) registered California process server
      (i) Independent Contractor
      (ii) Registration No.: 4005
      (iii) County: San Diego

8. *I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.*

Date: Fri, Feb. 15, 2008

(JONAS WILLIAMS)

Judicial Council Form POS-010
Rule 982.9.(a)&(b) Rev January 1, 2007

PROOF OF SERVICE
SUMMONS & COMPLAINT

4017753.roghaw.113291