**PROOF OF SERVICE**

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is: 101 West Broadway, Suite 1600, San Diego, CA 92101. On April 7, 2008, I served the within documents:

- ***DEFENDANT GREAT LAKES REINSURANCE (UK) PLC'S OPPOSITION TO PLAINTIFFS' MOTION TO REMAND; AND***

- ***REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF DEFENDANT GREAT LAKES REINSURANCE (UK) PLC'S OPPOSITION TO PLAINTIFFS' MOTION TO REMAND.***

☐ **BY FACSIMILE, [Fed. Rule Civ. Proc. Rule 5(b)]** by sending a true copy from Gordon & Rees LLP's facsimile transmission telephone number (619) 696-7124 to the fax number(s) set forth below, or as stated on the attached service list. The transmission was reported as complete and without error. The transmission report was properly issued by the transmitting facsimile machine. I am readily familiar with the firm's practice for sending facsimile transmissions, and know that in the ordinary course of Gordon & Rees LLP's business practice the document(s) described above will be transmitted by facsimile on the same date that it (they) is (are) placed at Gordon & Rees LLP for transmission.

☐ **BY U.S. MAIL [Fed. Rule Civ. Proc. Rule 5(b)]** by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, in United States mail in the State of California at San Diego, addressed as set forth below. I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after the date of deposit for mailing in affidavit.

☒ **BY ELECTRONIC FILING.** I caused all of the pages of the above-entitled document(s) to be electronically filed and served on designated recipients through the Electronic Case Filing system for the above-entitled case.

I declare that I am employed in the office of a member of the bar of this court whose direction the service was made. I declare, under the penalty of perjury, under the laws of the United States of America, that the foregoing is true and correct.

Executed on April 7, 2008, at San Diego, California.

*/s/ Rebecca Hunt*
Rebecca Hunt

TLDA/1043548/5579044v.1