UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD BARTLETT and MARLENE BARTLETT,<br><br>Plaintiffs,<br><br>v.<br><br>DOUGLAS K. SMITH MARINE INSURANCE SERVICES, INC.; THE GREAT LAKE REINSURANCE COMPANY; and DOES 1 through 30,<br><br>Defendants. | Civil No. 08CV0377 JAH(CAB)<br><br>**ORDER VACATING HEARING DATE** |

Plaintiff's motion for remand [doc. # 2] has now been fully briefed by the parties. After this Court's review of all pleadings filed in support and opposition to the motion, this Court deems the motion suitable for determination without oral argument. *See* CivLR 7.1(d.1). Accordingly, IT IS HEREBY ORDERED that the date of April 21, 2008 set for hearing plaintiff's motion for remand is VACATED. This Court will issue its ruling on the motion in due course.

Dated:     April 10, 2008

_____
JOHN A. HOUSTON
United States District Judge